HENRY C. STRAHMANN, Appellant, *v.* YORKVILLE BANK, Respondent.

*Strahmann* v. *Yorkville Bank*, 148 App. Div. 8, affirmed.
(Argued December 10, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1911, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure. The question at issue was as to whether defendant was bound to transfer upon its books certain stock issued by it and held by plaintiff, while an outstanding indebtedness of the person to whom the stock was originally issued remained unpaid.

*Victor E. Whitlock* for appellant.

*Louis Marshall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

WILLIAM M. MURPHY, as Administrator of the Estate of MARY J. MURPHY, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent, Impleaded with Others.

*Murphy* v. *City of New York*, 150 App. Div. 931, affirmed.
(Argued December 10, 1913; decided December 30, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1912, affirming a judgment in favor of defendant City of New York entered upon a dismissal of the complaint as to it by the court at a Trial Term in an action to recover for the death of plaintiff's